UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-351-LDG-(VCF) |
| QUINCY STEPHENS, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO QUINCY STEPHENS**

On June 16, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) forfeiting property of defendant QUINCY STEPHENS to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 27; Plea Agreement, ECF No. 30; Preliminary Order of Forfeiture, ECF No. 31.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), that the Preliminary Order of Forfeiture (ECF No. 31), listing the following assets, is final as to defendant QUINCY STEPHENS:

1. $1,113.00 in United States Currency;
2. a Beretta 9-millimeter handgun bearing serial number BER097973Z;
3. any and all ammunition; and
4. an *in personam* criminal forfeiture money judgment of $6,960.00 in United States Currency.

DATED this ___ day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE