UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:13-CR-351-LDG-(VCF) |
| QUINCY STEPHENS, | ) ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

On June 16, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and 3(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant QUINCY STEPHENS to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant QUINCY STEPHENS pled guilty.  Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 27; Plea Agreement, ECF No. 30; Preliminary Order of Forfeiture, ECF No. 31.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 18, 2014, through July 17, 2014, notifying all potential third parties; and notified known

third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 32; Notice of Filing Service of Process, ECF Nos. 33, 36, 41, and 42.

Terry L. Caudill, Registered Agent and President of Loose Caboose – Nellis, Inc. was personally served with the Notice and Preliminary Order of Forfeiture on July 1, 2014, by the United States Marshals Service.  Notice of Filing Service of Process, ECF No. 33, p. 2-8.

Loose Caboose Bar c/o Manager was personally served with the Notice and Preliminary Order of Forfeiture on July 1, 2014, by the United States Marshals Service.  Notice of Filing Service of Process, ECF No. 33, p. 9-15.

Golden Tavern Group, LLC, Managing Member of PT's Pub Cheyenne – Nellis 5, LLC was personally served with the Notice and Preliminary Order of Forfeiture on July 15, 2014, by the United States Marshals Service.  Notice of Filing Service of Process, ECF No. 33, p. 16-22.

Matthew Flandermeyer, Registered Agent for Golden – PT's Pub Cheyenne – Nellis 5, LLC was personally served with the Notice and Preliminary Order of Forfeiture on July 15, 2014, by the United States Marshals Service.  Notice of Filing Service of Process, ECF No. 33, p. 23-29.

Golden Tavern Group LLC, Managing Member of PT's Pub East Sahara 3, LLC was personally served with the Notice and Preliminary Order of Forfeiture on July 15, 2014, by the United States Marshals Service.  Notice of Filing Service of Process, ECF No. 33, p. 30-36.

Matthew Flandermeyer, Registered Agent for Golden – PT's Pub East Sahara 3, LLC was personally served with the Notice and Preliminary Order of Forfeiture on July 15, 2014, by the United States Marshals Service.  Notice of Filing Service of Process, ECF No. 33, p. 37-43.

Jean Lamb, President of Crescent Moon Entertainment, Inc. was personally served with the Notice and Preliminary Order of Forfeiture on August 7, 2014, by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 33, p. 44-50.

. . .

. . .

1 Warren Lamb, Registered Agent for Crescent Moon Entertainment, Inc. was personally
2 served with the Notice and Preliminary Order of Forfeiture on August 7, 2014, by the United States
3 Marshals Service.  Notice of Filing Service of Process, ECF No. 33, p. 50-57.
4 Miguel Guillen Vallejo was personally served with the Notice and Preliminary Order of
5 Forfeiture on September 10, 2014, by the United States Marshals Service.  Notice of Filing Service of
6 Process – Service of Miguel Guillen, ECF No. 36.
7 Jeffrey J. Dailey, President of Farmers Group, Inc., was served by regular and certified return
8 receipt mail with the Notice and the Preliminary Order of Forfeiture on October 7, 2014, by the United
9 States Attorney's Office for the District of Nevada. Notice of Filing Service of Process – Farmers
10 Group, Inc., ECF No. 41.
11 CSC Services of Nevada, Inc., Registered Agent for Farmers Group, Inc. was personally
12 served with the Notice and Preliminary Order of Forfeiture on October 21, 2014, by the United States
13 Marshals Service. Notice of Filing Service of Process – CSC Services of Nevada, Inc., ECF No. 42.
14 This Court finds no petition was filed with this Court as required by law by or on behalf of
15 any person or entity and the time for filing such petitions and claims has expired.
16 This Court finds no petitions are pending with regard to the assets named herein and the time
17 for presenting such petitions has expired.
18 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
19 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
20 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
21 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and 3(A) and Title 28, United
22 States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United
23 States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be
24 disposed of according to law:
25 . . .
26 . . .

1.     $1,113.00 in United States Currency;

2.     a Beretta 9-millimeter handgun bearing serial number BER097973Z;

3.     any and all ammunition; and

4.     an *in personam* criminal forfeiture money judgment of $6,960.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___ day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE